# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**                                                    **Case No.  2:24-mj-475**

**Sir Jeffrey Carroll**

## COURTROOM   MINUTES

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 10/1/2024 2:00pm |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Pete Glenn-Applegate |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Rasheeda Khan |
| INTERPRETER: | | Pretrial/Probation | Leticia Vazquez-Villa |

Initial Appearance

-Dft appeared and was advised of rights, charges, and potential penalties
-Dft submitted financial affidavit, CJA Counsel Rasheeda Khan appointed
-Dft WAIVES right to have Detention Hearing within 3 days
-Detention Hearing set for 10/7 at 1:30pm; Preliminary Hearing set for 10/15/2024 at 1:30pm
-Defendant remanded to custody of USMS