UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**                                                                 Case No. 2:24-mj-475

**Sir Jeffrey Carroll**

## COURTROOM MINUTES

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 10/7/2024 1:45pm |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Sheila Lafferty |
| RECORDER: | CourtSmart | COUNSEL FOR DEFT(S). | Rasheeda Khan |
| INTERPRETER: | | PRETRIAL/PROBATION: | Leticia Vazquez Villa |

Hearing Type: Detention Hearing

Defendant & Government both proffer evidence and argue.

The Court finds defendant has not rebutted the presumption.

Defendant is remanded to the custody of the United States Marshal pending trial.